ABRAHAM GROSS, Respondent, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

Argued October 19, 1937; decided November 16, 1937.

*James D. Ewing, Robert E. McCormick* and *Christian H. Genghof* for appellant.

*David Goldstein* and *Thomas Gold Frost* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.